IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE NORTHERN DISTRICT OF TEXAS **June 10, 2020**
LUBBOCK DIVISION

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

EMMANUEL QUINONES

**5-20CR0061-H**
No.

## INDICTMENT

The Grand Jury Charges:

### Count One
Controlled Substances User or Addict in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2))

From on or about a date unknown to the grand jury and continuing to on or about

May 30, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere,

**Emmanuel Quinones**, defendant, knowing he was an unlawful user of, and addicted to,

marijuana, a Schedule I controlled substance, did knowingly possess in and affecting

interstate and foreign commerce a firearm, to wit: a Smith and Wesson, Model M&P 15,

.223 caliber, semi-automatic rifle, serial number TH85241.

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

<u>Count Two</u>
Controlled Substances User or Addict in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2))

From on or about a date unknown to the grand jury and continuing to on or about

June 1, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere,

**Emmanuel Quinones**, defendant, knowing he was an unlawful user of, and addicted to,

marijuana, a Schedule I controlled substance, did knowingly possess in and affecting

interstate and foreign commerce a firearm, to wit: a Taurus, Model 24/7 G2, .40 Smith

and Wesson caliber, semi-automatic pistol, serial number SHN04743.

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

**Emmanuel Quinones**
Indictment – Page 2

<u>Count Three</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about May 28, 2020, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Emmanuel Quinones**, defendant, did knowingly and willfully

transmit in interstate and foreign commerce a Facebook post containing a threat to injure

the person of another, that is, defendant threatened to obtain firearms to "off racists and

MAGA people."

In violation of Title 18, United States Code, Section 875(c).

<u>Count Four</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about May 30, 2020, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Emmanuel Quinones**, defendant, did knowingly and willfully

transmit in interstate and foreign commerce an Instagram post containing a threat to

injure the person of another, that is, defendant stated: "Agitators WILL BE SHOT."

In violation of Title 18, United States Code, Section 875(c).

**Emmanuel Quinones**
**Indictment – Page 4**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Emmanuel Quinones** shall forfeit to

the United States of America any firearm and ammunition involved in or used in the

knowing commission of the offense, including, but not limited to, the following: a Smith

and Wesson, Model M&P 15, .223 caliber, semi-automatic rifle, serial number TH85241,

and a Taurus, Model 24/7 G2, .40 Smith and Wesson caliber, semi-automatic pistol,

serial number SHN04743.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:      jeffrey.haag@usdoj.gov

Emmanuel Quinones
Indictment – Page 5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

### LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

EMMANUEL QUINONES

INDICTMENT

COUNTS 1-2:     CONTROLLED SUBSTANCES USER OR ADDICT IN
                POSSESSION OF A FIREARM
                Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

COUNTS 3-4:     INTERSTATE THREATENING COMMUNICATIONS
                Title 18, United States Code, Section 875(c).

A true bill rendered:

Lubbock                                                    _____ Foreperson

Filed in open court this ____10ᵗʰ____ day of__June_____, A.D. 2020.
DEFENDANT IN FEDERAL CUSTODY
Complaint #5:20-MJ-056 filed 06/02/20

_____
UNITED STATES MAGISTRATE JUDGE

**Emmanuel Quinones**
**Indictment – Page 6**